Case 2:02-cr-00478-WBS Document 86 Filed 07/10/2006 Page 1 of 3

Shereen Shabnam Buksh
1230 P Street
Sacramento, CA 95814
(916) 325-0066

**FILED**

OCT - 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**LODGED**

JUL 10 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>Vs.<br><br>SHEREEN SHABNAM BUKSH, NADIM ANWAR REHMAN, AND SANDEEP WADHWA,<br>Defendants | Case No. CR. S-02-478 WBS<br><br>ORDER RE:<br>RELEASE OF PASSPORT |
|---|---|

Shereen Shabnam Buksh, defendant, filing pro se, respectfully requests based on the information set fourth herein, that this Court orders release of Defendant Buksh's passport and it is returned to Defendant Buksh.

### BASIS FOR REQUEST

Defendant Buksh, as a term of pre-trial release, was required to surrender her passport to the Clerk of the Court on November 12, 2002.

Defendant Buksh now needs her passport as additional identification for employment purposes. This request is, and has been, approved by U.S. Probation Officer, John Poglinco.

1

Defendant Buksh has satisfied all conditions of her pre-trial release, including having served the sentence of twenty-two (22) months imposed upon her. Accordingly, the basis of the surrendered passport with the Clerk is no longer warranted and should be returned to the Defendant.

Dated 7/10/2006

Respectfully Submitted,

*Shereen Buksh*

Shereen Shabnam Buksh

Defendant

## ORDER

Good cause appearing herein this Court hereby consents to release of Defendant Buksh's passport.

Dated: 10/5/2006

WILLIAM B. SHUBB,
Chief Judge, United States District Court

2

## PROOF OF SERVICE

I Shereen Shabnam Buksh, the defendant, certify that a true copy of the petition for modification of supervised release, was placed in the U.S. mail on 7/10/2006 to be delivered to:

James P Arguelles

United States Attorney

501 I Street, Suite 10-100

Sacramento, CA 95814      One (1) copy


Clerk of the Court

Untied States District Court, Eastern District of California

501 I Street, 4th Floor

Sacramento, CA 95814      Two (2) copies one (1) original

_____

Shereen Shabnam Buksh

3