UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

                                                   RE:    Shereen Shabnam BUKSH
                                                          Docket Number:   2:02CR00478-01
                                                          PERMISSION TO TRAVEL
                                                          <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The offender is requesting permission to travel to Abu Dhabi, United Arab Emirates.  She is current with all supervision obligations, and the probation officer recommends approval be granted.  The offender makes regular monthly restitution payments.  A lien has been recorded in Sacramento County where she owns her residence.  Her in-laws will pay her travel costs.

**Conviction and Sentencing Date:**  On December 17, 2003, Shereen Shabnam Buksh was sentenced for the offenses of 18 USC 1341 - Mail Fraud and 18 USC 1957 - Money Laundering.

**Sentence imposed:**  22 months Bureau of Prisons; 3-year term of supervised release; $200 special assessment; $426,311.46 restitution

**Dates and Mode of Travel:**  Departing December 12, 2006, and returning January 30, 2007, via British Airways.

**Purpose:**  To accompany her in-laws back to Abu Dhabi and visit family.

RE:   Shereen Shabnam BUKSH
      Docket Number:   2:02CR00478-01
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

                              Respectfully Submitted,

                              /s/   John A. Poglinco

                              **JOHN A. POGLINCO**
                              Senior United States Probation Officer

**DATED:**   November 15, 2006
             Sacramento, California
             JAP:jz


**REVIEWED BY:**      /s/   Kyriacos M. Simonidis
                      **KYRIACOS M. SIMONIDIS**
                      Supervising United States Probation Officer

---

**ORDER OF THE COURT:**

Approved.

**Date:  November 28, 2006**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE